# VERIFICATION OF CREDITOR LIST

**Credit Acceptance**
**25505 W 12mile Rd**
**SouthField MI 48034**